1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL LITTLETON,                    Case No.  2:22-cv-00567-JDP (PC)

12              Plaintiff,                 ORDER GRANTING PLAINTIFF'S MOTION
                                           FOR AN EXTENSION OF TIME
13        v.
                                           ECF No. 8
14   COUNTY OF SACRAMENTO, *et al.*,

15              Defendants.

16

17        Plaintiff has filed a motion for extension of time to file an application to proceed *in forma*

18   *pauperis*.  ECF No. 8.  Good cause appearing, it is hereby ORDERED that:

19        1. Plaintiff's motion for an extension of time, ECF No. 8, is granted.

20        2. Plaintiff is granted thirty days from the date of this order in which to file an application

21   to proceed *in forma pauperis*.

22

23   IT IS SO ORDERED.

24
     Dated:    May 23, 2022            _____
25                                     JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE
26

27

28