UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON, | Case No. 2:22-cv-00567-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF A FINAL EXTENSION OF TIME TO EITHER PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COUNTY OF SACRAMENTO, *et al.*, | |
| Defendants. | |

On April 7, 2022, I denied plaintiff's motion to proceed *in forma pauperis* and ordered him to submit, within thirty days, either the $402 filing fee or a completed application for leave to proceed *in forma pauperis*. ECF No. 6. On May 24, 2022, I granted plaintiff a thirty-day extension of time to comply with that order. ECF No. 9. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application by that deadline. Then, on August 30, 2022, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders. ECF No. 10. I warned plaintiff that failure to comply with that order, would result in a recommendation that this action be dismissed. *Id.* at 2. Plaintiff has filed to comply with that order.

In response, plaintiff has filed a motion for appointment of counsel. ECF No. 11. Given that plaintiff has yet to pay the filing fee, that motion will not be addressed at this time. Instead, I

1

will grant plaintiff a final opportunity to either pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly, it is hereby ORDERED that:

1. Plaintiff is directed to file a completed *in forma pauperis* application within fourteen days of this order.

2. No further extensions will be granted absent a showing of extraordinary cause.

IT IS SO ORDERED.

Dated:  August 1, 2022                         _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE